UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARGARITO GODINEZ,<br><br>                Plaintiff,<br><br>  v.<br><br>UR MENDOZA JADDOU, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>                Defendants. | CASE NO. 2:23-cv-01267-TL<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED**. Plaintiff may proceed without prepayment of costs or fees or the necessity of giving security therefore.

The Clerk is directed to send a copy of this Order to Plaintiff.

DATED this 21st day of August, 2023.

                                                          BRIAN A. TSUCHIDA
                                                          United States Magistrate Judge