District Judge Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MOISES MARGARITO GODINEZ,<br><br>Plaintiff,<br><br>v.<br><br>UR MENDOZA JADDOU, *et al.*,<br><br>Defendants. | No. 2:23-cv-1267-TL<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER<br><br>Noted for Consideration on:<br>October 11, 2023 |

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until December 7, 2023. Plaintiff brings this litigation pursuant to the Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to compel action on his Form I-918, Application for U Nonimmigrant Status, and Form I-765, Application for Employment Authorization. Defendants' response to the Complaint is currently due on October 23, 2023. For good cause, the parties request that the Court hold this case in abeyance until December 7, 2023.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION   - 1
(23-cv-1267-TL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. Although this case had been assigned to an officer for review and adjudication, USCIS had to recently re-assigned Plaintiff's case to a new officer. This officer is in the process of obtaining the Plaintiff's A-file, which is being returned by the formerly assigned officer. Once the newly assigned officer has the A-file, USCIS will evaluate Plaintiff's application for waiting list placement and employment authorization.

Accordingly, the parties respectfully request that the instant action be stayed until December 7, 2023. The parties will submit a joint status report on or before December 7, 2023. The parties further request that this Court vacate its Order Regarding Initial Disclosures and Joint Status Report. Dkt. No. 8.

Dated: October 11, 2023

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

 s/Michelle R. Lambert
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 206-428-3824
Email: michelle.lambert@usdoj.gov
*Attorneys for Defendants*

***I certify that this memorandum contains 489 words, in compliance with the Local Civil Rules.***

s/Katherine H. Rich
KATHERINE H. RICH, WSBA #46881
Rich Immigration PC
1207 N. 200th Street, Suite 214b
Shoreline, Washington 98133

STIPULATED MOTION - 2
(23-cv-1267-TL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2   Phone: 206-853-4073
    Email: katherine@richimmigration.com
    *Attorney for Plaintiff*
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

STIPULATED MOTION    - 3
(23-cv-1267-TL)

UNITED STATES ATTORNEY
700 S<small>TEWART</small> S<small>TREET</small>, S<small>UITE</small> 5220
S<small>EATTLE</small>, W<small>ASHINGTON</small> 98101
(206) 553-7970

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**[PROPOSED] ORDER**

The case is held in abeyance until December 7, 2023.  The parties shall submit a joint status report on or before December 7, 2023.  The Order Regarding Initial Disclosures and Joint Status Report (Dkt. No. 8) is VACATED.  IT IS SO ORDERED.

Dated this 12th day of October 2023.

_____
Tana Lin
United States District Judge

STIPULATED MOTION        - 4
(23-cv-1267-TL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970