District Judge Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MOISES MARGARITO GODINEZ,<br><br>Plaintiff,<br><br>v.<br><br>UR MENDOZA JADDOU, *et al.*,<br><br>Defendants. | No. 2:23-cv-1267-TL<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER<br><br>Noted for Consideration on:<br>November 3, 2023 |

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until February 28, 2024. Plaintiff brings this litigation pursuant to the Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to compel action on his Form I-918, Application for U Nonimmigrant Status, and Form I-765, Application for Employment Authorization. Defendants have not yet responded to the Complaint. For good cause, the parties request that the Court hold this case in abeyance until February 28, 2024.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION     - 1
(23-cv-1267-TL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. Today, USCIS issued a Request for Evidence ("RFE") to Plaintiff. Plaintiff has until January 29, 2024, to respond to the RFE. Once USCIS receives this response, the agency can continue processing the applications. Accordingly, the parties respectfully request that the instant action be stayed until February 28, 2024. The parties will submit a joint status report on or before February 28, 2024.

Dated: November 3, 2023                               Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

 s/Michelle R. Lambert
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone:  206-428-3824
Email:  michelle.lambert@usdoj.gov
*Attorneys for Defendants*

***I certify that this memorandum contains 250 words, in compliance with the Local Civil Rules.***

*s/Katherine H. Rich*
KATHERINE H. RICH, WSBA #46881
Rich Immigration PC
1207 N. 200th Street, Suite 214b
Shoreline, Washington 98133
Phone: 206-853-4073
Email: katherine@richimmigration.com
*Attorney for Plaintiff*

STIPULATED MOTION           - 2
 (23-cv-1267-TL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## [PROPOSED] ORDER

The case is HELD IN ABEYANCE until February 28, 2024.  The parties SHALL SUBMIT a joint status report **on or before February 28, 2024**.  IT IS SO ORDERED.

Dated this 6th day of November 2023.

*Tana Lin*
Tana Lin
United States District Judge

STIPULATED MOTION - 3
(23-cv-1267-TL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970